# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO JIMENEZ,<br><br>    Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent.<br>_____ | NO. ED CV 16-00198-VBF (KS)<br><br>**ORDER**<br>**Adopting Report & Recommendation;**<br>**Denying the Habeas Corpus Petition;**<br>**Directing Entry of Separate Judgment;**<br>**Directing Entry of Separate COA Ruling** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). Finding no error of law, fact, or logic in the R&R:

  The Report and Recommendation is **ADOPTED**.

  The habeas corpus petition is **DENIED**.

  This action is **DISMISSED with prejudice**.

  The case shall be **TERMINATED and closed.**

Final judgment will issue consistent with this Order and with the R&R. as required by Fed. R. Civ. P. 58(a), judgment will be entered as a separate document.

The Court will rule on a certificate of appealability by separate order.

Dated: Sept. 26, 2017

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE