JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO JIMENEZ, | ) NO. ED CV 16-00198-VBF-KS |
|     Petitioner, | ) |
|   v. | ) FINAL JUDGMENT |
| W.L. MONTGOMERY, | ) |
|     Respondent. | ) |

Pursuant to the Court's Order Dismissing the Action with prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Claudio Jimenez**.

Dated: September 26, 2017              *Valerie Baker Fairbank*
                                                    VALERIE BAKER FAIRBANK
                                                    UNITED STATES DISTRICT JUDGE